

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00604-CV

**IN RE** Ronald E. **GOTANCO, M.D.**
and Star Anesthesia, P.A.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On August 26, 2014, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than September 22, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 8th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-09786, styled *Tonya R. Catalano and Anthony N. Catalano v. Ronald E. Gotanco, M.D. and Star Anesthesia, P.A.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.